# EXHIBIT C
## July 26, 2005 Default Letter to Mr. Michael Higgins



Franchise Administration

July 26, 2005

Mr. Michael Higgins
Leland House Limited Partnership Company
c/o Ramada
400 Bagley Avenue
Detroit, MI 48226

**VIA OVERNIGHT COURIER**

1Z 2Z445X02 529 \14 68

Re:  **NOTICE OF MONETARY DEFAULT** relating to Ramada® Unit #617-86170-2 located in Detroit, MI (the "Facility")

Dear Mr. Higgins:

I write on behalf of Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("we," "our," or "us") regarding the License Agreement dated July 30, 1998, between Leland House Limited Partnership Company ("you" or "your") and us (the "Agreement"). We write to give you formal notice that you are in default under the Agreement.

The Agreement requires you to timely pay us the Recurring Fees and other charges relating to your operation of the Facility under the System. Our Financial Services Department advises us that as of July 18, 2005, your account is past due in the amount of $59,161.47. We have enclosed an itemized statement detailing the fees past due. Under the Agreement, you have 30 days to pay this amount to us in order to cure your default. If you do not pay this amount within the time permitted, we reserve all rights under the terms of the Agreement including but not limited to termination of the Agreement and your right to operate in the Ramada System.

As you no doubt recall, the Agreement provides you with certain rights and benefits that in return, requires you to cure any defaults under the Agreement within the time permitted. We remind you that of you fail to cure your default in timely matter, your Special Royalty will expire automatically at the end of the cure period. You will then be obligated to perform your responsibility under the Agreement for the remainder of the term.

*Ramada Worldwide, Inc.   1 Sylvan Way   Parsippany, New Jersey 07054   Telephone 1-866-582-9104   Facsimile (973) 496-5345*

EXHIBIT C

Mr. Michael Higgins
July 26, 2005
Page 2

This Notice does not modify, replace or affect any default under the Agreement, or any other default and termination notices, if any, from us or any of our affiliates regarding the Facility. We also reserve the right to take any interim steps permitted under the Agreement because of your default.

We hope you will take this opportunity to restore your good standing under the Agreement. If you have any questions regarding your default or how it can be timely cured, please call Robert Kolatac, Financial Services Manager, at (973) 496-5457.

Sincerely yours,

Kathy Cox
Senior Director
Franchise Administration

Enclosure

cc:  Keith Pierce
     Robert Kolatac

```
ITEMIZED STATEMENT                                              PAGE 1
FOR RAMADA #617-86170 - Detroit-Downtown/Bagley Ave, MI
AS OF 2005-07-18


          RELATION      ITEM                                   AMOUNT
  MONTH   NBR           DATE        DESC                       DUE
  -----   -----------   ----------  --------------------       ----------------   ----
      5   FC0281011-01  2004-05-31  FINANCE CHARGE                     277.25
          FC0281011-01  2004-10-18  FINANCE CHARGE                      -1.13
                                                                ----------------
                                                                       276.12

      9   FC0290608-01  2004-09-30  FINANCE CHARGE                      37.69
                                                                ----------------
                                                                        37.69

      1   IN1442697-01  2005-01-12  G/S Daniel Zink                     40.00
          IN1442697-02  2005-01-12  TRANS CHG Daniel Zin                75.00
          IN1443618-01  2005-01-19  PROCS CHG Brian Jask                25.00
          IN1443618-02  2005-01-19  PROCS CHG Eric Sutte                25.00
          IN1443618-03  2005-01-19  PROCS CHG Hubert Clo                25.00
          IN1448014-01  2005-01-26  JAN-MSI SOFTWARE MAI               333.70
          IN1448014-02  2005-01-26  TRIPREWARDS 5%CHRGBK               390.32
          TA3020568-01  2005-01-28  T/A COMMISSIONS                  2,693.93
          TA3020568-01  2005-01-28  T/A COMMISSIONS                     38.50
          TP4020568-01  2005-01-28  GDS & INTERNET BKGS                829.00
          IN1454103-01  2005-01-31  G/S Jeremy Owen                     35.00
          IN1454103-02  2005-01-31  TRANS CHG Jeremy Owe                75.00
          IN1454103-03  2005-01-31  G/S Steven Lamberson               138.50
          IN1454103-04  2005-01-31  TRANS CHG Steven Lam                75.00
          IN1454103-05  2005-01-31  JAN-EQUIP SALES TAX                  9.00
          IN1454103-06  2005-01-31  JAN-DIRECWAY                       150.00
          MV0896302-01  2005-01-31  ROYALTY FEE                      2,907.00
          MV0896302-02  2005-01-31  RINA FEE                         4,361.00
                                                                ----------------
                                                                    12,225.95

      2   IN1457262-01  2005-02-09  G/S Eric Grossman                   40.00
          IN1457262-02  2005-02-09  TRANS CHG Eric Gross                75.00
          IN1457262-03  2005-02-09  PROCS CHG Alice Kell                25.00
          IN1457262-04  2005-02-09  PROCS CHG Mike Cook                 25.00
          IN1457262-05  2005-02-09  PROCS CHG Ari Shapir                25.00
          IN1457948-01  2005-02-16  PROCS CHG Paul Murph                25.00
          IN1457948-02  2005-02-16  PROCS CHG Jerry Stan                25.00
          IN1457948-03  2005-02-16  PROCS CHG Cindy Lona                25.00
          IN1461126-01  2005-02-23  G/S Mike Koch                       50.00
          IN1461126-02  2005-02-23  TRANS CHG Mike Koch                 75.00
          IN1461126-03  2005-02-23  PROCS CHG Alethea Gr                25.00
          IN1461126-04  2005-02-23  PROCS CHG Judith Fri                25.00
          IN1461126-05  2005-02-23  PROCS CHG Tim Wolf                  25.00
          IN1461126-06  2005-02-23  PROCS CHG Dean Mccon                25.00
          IN1461126-07  2005-02-23  PROCS CHG Stephanie                 25.00
          IN1461126-08  2005-02-23  PROCS CHG Ralph Osti                25.00
          IN1461126-09  2005-02-23  PROCS CHG Sue Stempf                25.00
          IN1461126-10  2005-02-23  FEB-MSI SOFTWARE MAI               333.70
          IN1461126-11  2005-02-23  TRIPREWARDS 5%CHRGBK               174.24
          IN1461126-12  2005-02-23  TRIPREWARDS FNS CRDT               -40.19
```

```
ITEMIZED STATEMENT                                                  PAGE 2
FOR RAMADA #617-86170 - Detroit-Downtown/Bagley Ave, MI
AS OF 2005-07-18


             RELATION       ITEM                                     AMOUNT
   MONTH     NBR            DATE         DESC                        DUE
   -----     ------------   ----------   --------------------        ------------------  ----
      2      TA3026421-01   2005-02-25   T/A COMMISSIONS                  484.81
             TA3026421-01   2005-02-25   T/A COMMISSIONS                    7.70
             TP4026421-01   2005-02-25   GDS & INTERNET BKGS              276.50
             IN1467168-01   2005-02-28   PROCS CHG Suzanne Le              25.00
             IN1467168-02   2005-02-28   G/S Paul Murphy                   50.00
             IN1467168-03   2005-02-28   TRANS CHG Paul Murph              75.00
             IN1467168-04   2005-02-28   G/S Cindy Lonas                   65.00
             IN1467168-05   2005-02-28   TRANS CHG Cindy Lona              75.00
             IN1467168-06   2005-02-28   PROCS CHG Ronald Col              25.00
             IN1467168-07   2005-02-28   PROCS CHG Someka Bra              25.00
             IN1467168-08   2005-02-28   PROCS CHG Vicki Hess              25.00
             IN1467168-09   2005-02-28   PROCS CHG Moses Orte              25.00
             IN1467168-10   2005-02-28   PROCS CHG Carmen San              25.00
             IN1469361-01   2005-02-28   FEB-EQUIP SALES TAX                9.00
             IN1469361-02   2005-02-28   FEB-DIRECWAY                     150.00
             MV0915391-01   2005-02-28   ROYALTY FEE                    1,086.00
             MV0915391-02   2005-02-28   RINA FEE                       1,629.00
                                                                    ------------------
                                                                       5,090.76

      3      IN1472040-01   2005-03-09   G/S Mark Schmidt                  50.00
             IN1472040-02   2005-03-09   TRANS CHG Mark Schmi              75.00
             IN1472040-03   2005-03-09   PROCS CHG Dale Ranso              25.00
             IN1472040-04   2005-03-09   PROCS CHG Cynthia Sk              25.00
             IN1472040-05   2005-03-09   G/S Dean Mcconnell                40.00
             IN1472040-06   2005-03-09   TRANS CHG Dean Mccon              75.00
             IN1472040-07   2005-03-09   PROCS CHG Rhiannon G              25.00
             IN1472040-08   2005-03-09   PROCS CHG Jeffrey De              25.00
             IN1472040-09   2005-03-09   2ND RMA 2005 PYMT                922.50
             IN1473719-01   2005-03-16   G/S Cynthia Skinn                 32.00
             IN1473719-02   2005-03-16   TRANS CHG Cynthia Sk              75.00
             IN1473719-03   2005-03-16   G/S Umi Group                    690.00
             IN1473719-04   2005-03-16   PROCS CHG Umi Group               25.00
             IN1473719-05   2005-03-16   PROCS CHG Brent Ryan              25.00
             IN1473719-06   2005-03-16   PROCS CHG Linda Hend              25.00
             IN1473719-07   2005-03-16   PROCS CHG Ronald Fos              25.00
             IN1473719-08   2005-03-16   PROCS CHG Paul Herro              25.00
             IN1473719-09   2005-03-16   PROCS CHG Rebecca Zi              25.00
             IN1473719-10   2005-03-16   PROCS CHG Aaron Nisw              25.00
             IN1476711-01   2005-03-23   MAR-MSI SOFTWARE MAI             344.35
             IN1476711-02   2005-03-23   PROCS CHG Linda Wrig              25.00
             IN1476711-03   2005-03-23   2005 RINA CONF REG               895.00
             IN1476711-04   2005-03-23   PROCS CHG Rich Illin              25.00
             IN1476711-05   2005-03-23   PROCS CHG Linda Merl              25.00
             IN1483242-01   2005-03-30   G/S Alice Kelley                 382.00
             IN1483242-02   2005-03-30   TRANS CHG Alice Kell              75.00
             IN1483242-03   2005-03-30   PROCS CHG Kim Reilly              25.00
             IN1483242-04   2005-03-30   PROCS CHG Velvet Goo              25.00
             IN1483242-05   2005-03-30   PROCS CHG Kimberly D              25.00
             IN1483242-06   2005-03-30   PROCS CHG Casandra O              25.00
```

```
ITEMIZED STATEMENT                                                PAGE 3
FOR RAMADA #617-86170 - Detroit-Downtown/Bagley Ave, MI
AS OF 2005-07-18


         RELATION      ITEM                                    AMOUNT
  MONTH  NBR           DATE         DESC                       DUE
  -----  ------------  ----------   --------------------       ----------------   ----
      3  IN1483242-07  2005-03-30   TRIPREWARDS 5%CHRGBK              228.56
         IN1483242-08  2005-03-30   MAR-EQUIP SALES TAX                 9.00
         IN1483242-09  2005-03-30   MAR-DIRECWAY                      150.00
         IN1483242-10  2005-03-30   PROCS CHG Robert Shi               25.00
         FC0309984-01  2005-03-31   FINANCE CHARGE                    155.17
         IN1488700-01  2005-03-31   G/S Suzanne Leberman               68.44
         IN1488700-02  2005-03-31   TRANS CHG Suzanne Le               75.00
         IN1488700-03  2005-03-31   G/S Kimberly Daniel                40.00
         IN1488700-04  2005-03-31   TRANS CHG Kimberly D               75.00
         IN1488700-05  2005-03-31   PROCS CHG Jenn Weise               25.00
         IN1488700-06  2005-03-31   PROCS CHG Deborah Ed               25.00
         MV0915392-01  2005-03-31   ROYALTY FEE                     1,295.00
         MV0915392-02  2005-03-31   RINA FEE                        1,942.00
         TA3032570-01  2005-03-31   T/A COMMISSIONS                   479.28
         TA3032570-01  2005-03-31   T/A COMMISSIONS                    12.25
         TP4032570-01  2005-03-31   GDS & INTERNET BKGS               290.00
                                                               ----------------
                                                                    9,000.55


      4  IN1490459-01  2005-04-13   G/S Linda Merlotti              6,874.04
         IN1490459-02  2005-04-13   TRANS CHG Linda Merl               75.00
         IN1492091-01  2005-04-20   G/S Stephanie Smith                90.00
         IN1492091-02  2005-04-20   TRANS CHG Stephanie                75.00
         IN1492091-03  2005-04-20   PROCS CHG Michael Ca               25.00
         IN1492091-04  2005-04-20   PROCS CHG James Chan               25.00
         IN1492091-05  2005-04-20   PROCS CHG Stacey Sar               25.00
         IN1492091-06  2005-04-20   APR-MSI SOFTWARE MAI              344.35
         IN1492091-07  2005-04-20   PROCS CHG Mitchell C               25.00
         IN1497340-01  2005-04-27   AUDIT ROYALTY                      91.32
         IN1497340-02  2005-04-27   AUDIT RINA FEE                    137.00
         IN1497340-03  2005-04-27   AUDIT INTEREST FEE                 41.46
         IN1497341-01  2005-04-27   TRIPREWARDS 5%CHRGBK              145.81
         TA3038613-01  2005-04-28   T/A COMM SERVICE CHG               19.95
         TA3038613-01  2005-04-28   T/A COMMISSIONS                 2,008.29
         TP4038613-01  2005-04-28   GDS & INTERNET BKGS               365.00
         FC0313228-01  2005-04-30   FINANCE CHARGE                    248.76
         IN1501559-01  2005-04-30   PROCS CHG Richard La               25.00
         IN1501559-02  2005-04-30   PROCS CHG Christina                25.00
         IN1501559-03  2005-04-30   PROCS CHG Mary Degiu               25.00
         IN1501559-04  2005-04-30   PROCS CHG Dempsey Sh               25.00
         IN1501559-05  2005-04-30   APR-EQUIP SALES TAX                 9.00
         IN1501559-06  2005-04-30   APR-DIRECWAY                      150.00
         MV0930944-01  2005-04-30   ROYALTY FEE                     2,314.00
         MV0930944-02  2005-04-30   RINA FEE                        3,472.00
                                                               ----------------
                                                                   16,660.98


      5  IN1506930-01  2005-05-18   PROCS CHG Andrea Ber               25.00
         IN1506930-02  2005-05-18   PROCS CHG Fred Woods               25.00
         IN1506930-03  2005-05-18   PROCS CHG Rodney Dam               25.00
```

```
ITEMIZED STATEMENT                                                PAGE 4
FOR RAMADA #617-86170 - Detroit-Downtown/Bagley Ave, MI
AS OF 2005-07-18


        RELATION       ITEM                                      AMOUNT
MONTH   NBR            DATE       DESC                           DUE
-----   ------------   ----------   ----------------------   ------------------   ----
    5   IN1510546-01   2005-05-25   G/S Judith Friedt                 30.00
        IN1510546-02   2005-05-25   TRANS CHG Judith Fri              75.00
        IN1510546-03   2005-05-25   PROCS CHG Laura Chee              25.00
        IN1510546-04   2005-05-25   PROCS CHG Tracy Hard              25.00
        IN1510546-05   2005-05-25   MAY-MSI SOFTWARE MAI             344.35
        IN1510546-06   2005-05-25   TRIPREWARDS 5%CHRGBK              54.06
        FC0316834-01   2005-05-31   FINANCE CHARGE                   376.73
        IN1518086-01   2005-05-31   PROCS CHG Deborah Il              25.00
        IN1518086-02   2005-05-31   PROCS CHG Lawrence A              25.00
        IN1518086-03   2005-05-31   PROCS CHG Dianne Col              25.00
        IN1518086-04   2005-05-31   PROCS CHG Karri Barr              25.00
        IN1518086-05   2005-05-31   PROCS CHG Darren Kam              25.00
        IN1518086-06   2005-05-31   PROCS CHG Corey Borc              25.00
        IN1518086-07   2005-05-31   PROCS CHG Louis Syra              25.00
        IN1518086-08   2005-05-31   PROCS CHG Melissa Pr              25.00
        IN1518086-09   2005-05-31   MAY-EQUIP SALES TAX                9.00
        IN1518086-10   2005-05-31   MAY-DIRECWAY                     150.00
        MV0930945-01   2005-05-31   ROYALTY FEE                    2,173.00
        MV0930945-02   2005-05-31   RINA FEE                       3,260.00
        TA3044673-01   2005-05-31   T/A COMMISSIONS                  118.40
        TP4044673-01   2005-05-31   GDS & INTERNET BKGS               12.50
                                                            ------------------
                                                                  6,928.04

    6   IN1520038-01   2005-06-15   G/S Deborah Ilic                  50.00
        IN1520038-02   2005-06-15   TRANS CHG Deborah Il              75.00
        IN1520038-03   2005-06-15   G/S Corey Borck                  100.00
        IN1520038-04   2005-06-15   G/S Melissa Pratt                 70.00
        IN1520038-05   2005-06-15   TRANS CHG Melissa Pr              75.00
        IN1520038-06   2005-06-15   TRANS CHG Corey Borc              75.00
        IN1520038-07   2005-06-15   PROCS CHG Katherine               25.00
        IN1520038-08   2005-06-15   PROCS CHG Katherine               25.00
        IN1520038-09   2005-06-15   G/S Linda Houghton                50.00
        IN1520038-10   2005-06-15   TRANS CHG Linda Houg              75.00
        IN1520038-11   2005-06-15   PROCS CHG Linda Houg              25.00
        IN1520038-12   2005-06-15   PROCS CHG Mary McCor              25.00
        IN1523613-01   2005-06-22   G/S Andrea Bernat                 55.00
        IN1523613-02   2005-06-22   TRANS CHG Andrea Ber              75.00
        IN1523613-03   2005-06-22   G/S Mary McCorrmick               60.00
        IN1523613-04   2005-06-22   JUN-MSI SOFTWARE MAI             344.35
        IN1529588-01   2005-06-29   G/S Carmen Sanders               102.50
        IN1529588-02   2005-06-29   TRANS CHG Carmen San              75.00
        IN1529588-03   2005-06-29   PROCS CHG Jesse Cont              25.00
        IN1529588-04   2005-06-29   PROCS CHG Douglas Wa              25.00
        IN1529588-05   2005-06-29   TRIPREWARDS 5%CHRGBK             121.26
        IN1529588-06   2005-06-29   JUN-EQUIP SALES TAX                9.00
        IN1529588-07   2005-06-29   JUN-DIRECWAY                     150.00
        06170506A-01   2005-06-30   ROYALTY ACCRUAL                2,600.00   ACR
        06170506A-10   2005-06-30   RINA FEE ACCRUAL               3,900.00   ACR
        FC0320476-01   2005-06-30   FINANCE CHARGE                   531.15
```

```
ITEMIZED STATEMENT                                            PAGE 5
FOR RAMADA #617-86170 - Detroit-Downtown/Bagley Ave, MI
AS OF 2005-07-18


          RELATION       ITEM                                 AMOUNT
  MONTH   NBR            DATE         DESC                    DUE
  -----   ------------   ----------   --------------------    ----------------   ----
      6   TA3050993-01   2005-06-30   T/A COMMISSIONS                  33.12
          TP4050993-01   2005-06-30   GDS & INTERNET BKGS              15.00
                                                             -----------------
                                                                   8,791.38


      7   IN1534898-01   2005-07-08   PROCS CHG Oliverius             -25.00
          IN1534898-02   2005-07-08   PROCS CHG William Ne             25.00
          IN1534898-03   2005-07-08   PROCS CHG Tammy Youn             25.00
          IN1534898-04   2005-07-08   PROCS CHG Dawn Urban             25.00
          IN1536001-01   2005-07-14   PROCS CHG Lauren Abe             25.00
          IN1536001-02   2005-07-14   PROCS CHG John Tarab             25.00
          IN1536001-03   2005-07-14   PROCS CHG Noah Black             25.00
          IN1536001-04   2005-07-14   PROCS CHG Donna Lee              25.00
                                                             -----------------
                                                                     150.00

                                                             =================
                                                                  59,161.47
```