UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND HOUSE LIMITED PARTNERSHIP CASE NO. a
**Michigan Limited Partnership,**
**Plaintiff/Counterclaim Defendant,**

                              2:05CV73472 COMPANY,
                        JUDGE MARIANNE O. BATTANI

    vs.

RAMADA FRANCHISE SYSTEMS, INC.,
n/k/a RAMADA WORLDWIDE INC., a
**Delaware Corporation,**

        **Defendant/Counterclaimant**
        **and** Third-Party Plaintiff,

    **vs.**

MICHAEL HIGGINS,

        **Third-Party Defendant.**

| | |
|---|---|
| WEISMAN YOUNG SCHLOSS & RUEMENAPP, P.C.<br>Martin C. Weisman (P22139)<br>Wilfred Eric Steiner (P58631)<br>Attorneys for Plaintiff<br>30100 Telegraph Road, Suite 428<br>Bingham Farms, Michigan 48025<br>(248) 258-2700 | DICKINSON WRIGHT PLLC Jason P. Klingensmith (P61687) Attorneys for Defendant 500 Woodward Avenue, Suite 4000 Detroit, Michigan 48226<br>(313) 223-3051 |
| | HAHN LOESER & PARKS LLP Steven A. Goldfarb Rose Marie Fiore Attorneys for Defendant 3300 BP Tower 200 Public Square Cleveland, OH 44114-2301<br>(216) 621-0150 |

CONSENT JUDGMENT

Plaintiff, Leland House Limited Partnership Company ("Leland"), Deltondaritr`Counterciaimant and Third Party Plaintiff, Ramada Worldwide Inc. ("RWI"), and Third Party Defendant Michael Higgins ("Higgins"), have agreed to a settlement (the "Settlement") which includes the entry of this Consent Judgment. In accordance with the Settlement, and subject to the conditions and terms thereunder, it is hereby ORDERED, ADJUDGED AND DECREED:

(a) Judgment is entered in favor of RWI on the Complaint and on the First Amended Counterclaim and Third Party Complaint, against Leland and Higgins, jointly and severally, in the amount of $180,000, plus interest;

(b) Leland and Higgins, jointly and severally, are to bear the costs of this action; and

(c) Leland and Higgins hereby waive any and all rights to appeal this Consent Judgment.

IT IS SO ORDERED.

s/Marianne O. Battani
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2008

APPROVED:

| | |
|---|---|
| WEISMAN YOUNG SCHLOSS & RUEMENAPP, P.C. | DICKINSON WRIGHT PLLC: |
| /s/ Wilfred E. Steiner Wilfred E. Steiner (P58631) Attorneys Plaintiff and Third Party Defendant 30100 Telegraph Road, Suite 428 Bingham Farms, Michigan 48025 Phone: (248) 258-2700 | /s/ Jason P. Klingensmith Jason P. Klingensmith (P61687) Attorneys for Defendant 500 Woodward Avenue, Suite 4000 Detroit, Michigan 48226 (313) 223-3051 |
| | and |
| Leland House Limited Partnership Company:<br><br>By,<br><br>Its: | HAHN LOESER & PARKS LLP Steven A. Goldfarb Rose Marie Fiore Attorneys for Defendant 3300 BP Tower 200 Public Square Cleveland, Ohio 44114 Phone: (216) 621-0150 Telefax: (216) 241-2824 |

Michael Higgins, Individually